**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lyman Malberg,                                           Civil No. 11-3309 (RHK/LIB)

          Plaintiff,                               **DISQUALIFICATION AND**
                                                                         **ORDER FOR REASSIGNMENT**

vs.

GlaxoSmithKline, LLC,

          Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  November 10, 2011

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge